FILED

10/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0434

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0434

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SABRINA MARIE SMITH,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including December 11, 2023, within which to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 27 2023